AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| G & L DECOR INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> CADENCE KEEN INNOVATIONS, INC., and SAM MONTROSS <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-01803 CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAM MONTROSS
1900 Consulate Place #1603
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tarter Krinsky & Drogin LLP
1350 Broadway, 12th FL
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/12/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| G & L DECOR INC., <br><br> *Plaintiff(s)* <br> v. <br> CADENCE KEEN INNOVATIONS, INC., and SAM MONTROSS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-01803  CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CADENCE KEEN INNOVATIONS, INC.,
1655 Palm Beach Lakes Blvd, #404, West Palm Beach, Florida 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tarter Krinsky & Drogin LLP
1350 Broadway, 12th FL
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/12/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*